UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KASHIF LAMAR CAMERON, | § § | |
| Plaintiff, | § § | |
| v. | § | No. 3:24-cv-2839-X (BT) |
| PNC BANK, | § § § | |
| Defendant. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the plaintiff's case will be **DISMISSED**.

**IT IS SO ORDERED** this 7th day of July, 2025.

_____
**BRANTLEY STARR**
**UNITED STATES DISTRICT JUDGE**